IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES CASSIDY and JIM BURNHAM, JR., Trustees of Asbestos Workers Local Union No. 2 Welfare Fund, PATRICK F. BYRNE and JEFFREY BAYER, Trustees of Asbestos Workers Local Union No. 2 Pension and Annuity Funds, and ROBERT OTT and THOMAS MULHOLLAND, Trustees of Local Union No. 2 Joint Apprenticeship Program,<br><br>            Plaintiffs,<br><br>      vs.<br><br>ABSOLUTE INSULATION, INC.,<br><br>            Defendant. | Civil Action No. 09-cv-1581<br><br>***This document was electronically filed.*** |

## CONSENT JUDGMENT

AND NOW, this **27th** day of **May**, 2010, the Parties hereby stipulate to the entry of Judgment in favor of Plaintiffs and against Defendant in the amount of $112,988.95. Defendant agrees to pay to the Plaintiffs the following:

| On or Before | Payment |
|---|---:|
| June 20, 2010 | $10,000.00 |
| July 20, 2010 | $10,000.00 |
| August 20, 2010 | $10,000.00 |
| September 20, 2010 | $10,000.00 |
| October 20, 2010 | $10,000.00 |
| November 20, 2010 | $10,000.00 |

| December 20, 2010 | $10,000.00 |
| January 20, 2011 | $10,000.00 |
| February 20, 2011 | $10,000.00 |
| March 20, 2011 | $10,000.00 |
| April 20, 2011 | $12,988.95 |

If Defendant makes all payments in accordance with the above schedule and if it pays all current contributions due and owing to the Plaintiffs in a timely manner, Plaintiffs agree not to execute on this Judgment and upon completion of the payments outlined in this schedule, Plaintiffs will satisfy the Judgment. If however, Defendant fails to make any payment listed in the preceding paragraph or fails to make timely current contributions and to file current contribution reports during the payment periods described above, Defendant will be in default of this Consent Judgment. If Defendant fails to cure the default, including any interest or liquidated damages resulting from a default on the payment of contributions to the Funds within ten (10) days from the date that Defendant receives written notice of the Default including e-mail or fax transmission, Plaintiffs will be entitled to execute upon the full amount of the Judgment less any amounts paid.

835794.1

                                                      BY THE COURT

/s/ Joseph A. Vater, Jr.        _Donetta W. Ambrose_ J.
-------------------------
Joseph A. Vater, Jr.
Counsel for Plaintiffs


_____
Mitchel Zemel
Counsel for Defendant